IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
ROSWELL DIVISION

| | |
|---|---|
| Deborah West,<br><br>*On behalf of herself and those similarly situated*,<br><br>Plaintiff,<br>v.<br><br>Bam! Pizza Management, Inc.; Brian Bailey; Doe Corporation 1-10; John Doe 1-10;<br><br>Defendants. | Case No. 1:22-cv-00209-DHU-JHR<br><br>Class Action |

### PLAINTIFF'S UNCONTESTED MOTION TO CONTINUE HEARING ON MOTION TO COMPEL ARBITRATION

Counsel for Plaintiff Deborah West respectfully moves the Court for a continuance of the hearing on Defendants' Motion to Compel Arbitration (Doc. 29), currently scheduled for August 10, 2022 at 10:00 a.m. (Dkt. 40). Plaintiff's lead counsel, based in Cincinnati, Ohio, has been unable to secure childcare to allow her to travel for an in-person hearing on the date selected by the Court. Plaintiff's counsel conferred with Defendants' counsel regarding the conflict, and submit the following mutual availability of counsel for a continued hearing date:

- August 26 or 30; or
- September 2, 9 or 12.

Counsel is cognizant of the Court's demanding caseload and will promptly provide additional availability should the Court be unable to accommodate a hearing on any of the above-referenced dates.

Respectfully,

*/s/ Emily Hubbard*
Andrew R. Biller (*associated*)
Andrew P. Kimble (*associated*)
Emily A. Hubbard (*associated*)
Biller & Kimble, LLC
8044 Montgomery Road, Suite 515
Cincinnati, OH 45236
Telephone: (513) 202-0710
Facsimile: (614) 340-4620
*abiller@billerkimble.com*
*akimble@billerkimble.com*
*ehubbard@billerkimble.com*

Christopher Moody (Bar # 1850)
MOODY & STANFORD, P.C.
4169 Montgomery Blvd., NE
Albuquerque, NM 87109
505-944-0033 (Phone)
505-944-0034 (Fax)
*moody@nmlaborlaw.com*

*Counsel for Plaintiff and the putative class*

**Certificate of Service**

I HEREBY CERTIFY that on the 21st day of July 2022, I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means via email.

*/s/ Emily Hubbard*
Emily Hubbard