**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DEBORAH WEST, *et al.*,

*Plaintiffs*,

v.

No. 1:22-cv-00209-SMD-JMR

BAM! PIZZA MANAGEMENT, INC., *et al.*,

*Defendants*.

**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS**

This matter comes before the Court on the joint motion of Plaintiffs Deborah West, Joseph Belka, Nicholas Doyle, Troy Daniels, and Stacy Weihrich (as administrator for the Estate of Lynne Balderson) and Defendants Bam! Pizza Management, Inc., Pecos Valley Pizza, Inc., Team Bailey, LLC, Bam Pizza, LLC, and Brian Bailey (collectively, the "Parties") to stay proceedings pending mediation. Doc. 334. Having reviewed the Parties' filing, the motion is GRANTED.

Accordingly, it is hereby **ORDERED**:

1. This action is **STAYED** in its entirety until and including December 18, 2026.
2. During this stay, any party may move to extend the stay for purposes of continuing settlement discussions and/or executing or effectuating the terms of a settlement agreement.
3. Regardless of the outcome, the Parties **MUST** file a joint status report no later than ten days after expiration of the stay. In their report, the Parties must set forth their respective positions regarding further litigation of the action.

4. The Rule 16 scheduling conference (Doc. 331) set for September 28, 2026, is **VACATED**, to be reset if necessary based on the representations in the Parties' joint status report. The Parties are relieved of their obligation to file the Joint Status Report and Provisional Discovery Plan ("JSR") in relation to the vacated conference (*see* Doc. 331).

**IT IS SO ORDERED**.

**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**